AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| CA, INC. d/b/a CA TECHNOLOGIES (A BROADCOM COMPANY)<br><br>*Plaintiff(s)*<br>v.<br>DST SYSTEMS, INC. N/K/A SS&C GIDS, INC. and SS&C TECHNOLOGIES HOLDINGS, INC.<br><br>*Defendant(s)* | Civil Action No. 25-cv-351-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DST SYSTEMS, INC. N/K/A SS&C GIDS, INC.
C/O CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rudolf Koch
Jason J. Rawnsley
Gabriela Z. Monasterio
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 21, 2025

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-00351-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* DST SYSTEMS, INC. N/K/A SS&C GIDS, INC.

was received by me on *(date)* 03/21/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORPORATION SERVICE COMPANY AS REGISTERED AGENT, ACCEPTED BY: LYNANNE GARES (MANAGING AGENT EMPLOYED BY REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* DST SYSTEMS, INC. N/K/A SS&C GIDS, INC. 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 on *(date)* 03/21/2025

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 03/21/2025

*Server's signature*

KEVIN S. DUNN     PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL DEMANDED; EXHIBIT A; CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT; DISTRICT OF DELAWARE LOCAL RULE 73.1;